IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BOBBY RAY ARMSTRONG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:08-CV-045-C |
| | § | ECF |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed September 2, 2009 (Doc. 24). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Such action may include, as deemed appropriate, further development of the medical record regarding the limitations imposed by Plaintiff's mental impairment, such as through a consultative psychiatric or psychological examination, further consideration of the RFC finding, and additional consideration of the factors described in SSR 96-7p in making the credibility determination.

Dated September 22, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT